87 A.3d 807

**Christopher RILEY, Petitioner**

v.

**William LAWTON, Respondent.**

**No. 6 EM 2014.**

Supreme Court of Pennsylvania.

March 21, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of March, 2014, the Application for Leave to File Original Process and the Petition of Habeas Corpus are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not permitted). The Prothonotary is directed to forward the filings to counsel of record.